## COUSIN *v.* GENERES.

ERROR TO THE SUPREME COURT OF THE STATE OF LOUISIANA.

No. 286.   Argued November 17, 1871. — Decided November 20, 1871.

*Bethell* v. *Demaret*, 10 Wall. 537, followed.

The case is stated in the opinion.

Mr. Chief Justice Chase delivered the opinion of the court.

I am instructed by the court to say that the decision in *Bethell* v. *Demaret*, 10 Wall. 537, decided at this term, is regarded as governing this case.

*The writ of error must therefore be dismissed.*

*Mr. P. Phillips* for plaintiff in error.

*Mr. Louis Janin* for defendants in error.